IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>OLIVER HAN,<br><br>　　　　　　Defendant. | No. 19 CR 865 |

**DEFENDANT OLIVER HAN'S UNOPPOSED MOTION FOR LEAVE
TO TRAVEL OUTSIDE OF THE CONTINENTAL UNITED STATES**

NOW COMES Defendant, Oliver Han, by and through his undersigned attorneys, and as his Unopposed Motion for Leave to Travel Outside of the Continental United States, states as follows:

1. On November 14, 2019, Defendant was charged by a one-count Information with conspiracy to commit wire fraud in violation of 18 U.S.C. § 371. (Dkt. 1)

2. On December 5, 2019, Defendant appeared before Magistrate Gilbert and was released on an appearance bond that restricted his travel to the continental United States. (Dkt. 18 & 19)

3. On January 16, 2020, Defendant pled guilty to that one-count Information before Judge Tharp. (Dkt. 27)

4. By Order of the Executive Committee dated December 1, 2022, Defendant's case was reassigned to the Court. (Dkt. 45)

5. Presently, the Defendant awaits sentencing, which is scheduled for January 11, 2024 at 10:00 a.m. (Dkt. 48)

6. Defendant seeks permission of the Court to travel on October 8, 2023 from Indianapolis to Port Canaveral, Florida and to then depart therefrom on October 9, 2023 on a Disney Cruise with his wife and 23-month-old daughter. While outside of the United States, Defendant will travel to the Bahamas. He will return to Port Canaveral, Florida and then to Indianapolis, on Friday, October 13, 2023.

7. On October 2, 2023, counsel for Defendant was advised by AUSA Matthew Madden that the government has no objection to the relief requested herein.

WHEREFORE, Defendant Oliver Han respectfully requests that the Court enter an order permitting him to travel outside of the continental United States from October 9 to October 13, 2023 as detailed above.

Date: October 2, 2023　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　　　　　　OLIVER HAN

　　　　　　　　　　　　　　　　　　By:　/s/ Leigh D. Roadman
　　　　　　　　　　　　　　　　　　　　　One of His Attorneys

Leigh D. Roadman (6193461)
CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, Illinois 60601
Phone: 312-985-5900