19 CR 865-2

09-26-2024

**FILED**

OCT 02 2024

Judge Thomas M. Durkin
United States District Court

# Allyson Inglis

Dear Judge Durkin,

My name is Allyson Inglis, and I am a cousin of Greg and Nancy Wynne, whose daughter Katie is married to Oliver. Every Sunday, Greg and Nancy host a brunch for everyone in the family and their children and friends. We usually have 25-30 people each week. It is such a wonderful tradition - a time in the week to catch up and hear about each other's weeks etc. Oliver is one of the highlights of this weekly breakfast! He is kind to each and every one there (old and young) and is always playing with the kids and talking to his brother in laws, aunts and uncles and to Katie's grandmother etc. He is one of those people who makes you feel genuinely cared for and is sincerely interested in what you have going on in your life. Always asking thoughtful questions and ALWAYS offers to help if you need it. I work in the same Product Marketing industry that he does, and we can relate to many facets of business together. I could sit and talk to Oliver all morning.

I also really admire the type of father he is. He and Katie have such a wonderful relationship. Just having their second baby, he is always helping one while she has the other. He is either playing soccer in the yard with Alice or giving Henry his bottle. I play bridge at their house every other week with his wife and he doesn't hesitate to handle the bath and bedtime routine by himself. Always cheerful and ready to help out – he seems to be a natural dad!

Another facet about Oliver I admire his is loving relationship he has with his parents. They either go visit them in Tenn or they come here several times a quarter. His Mom went through a tough cancer battle last year and he was so good with her. Offering to help take care of her, sending care packages, and always making sure she had what she needed. He even did that for me last year. I had some racing heart issues and had to be in the hospital a few days and he and Katie helped purchase me an apple watch for the ability to do my own ECG's. They always go the extra mile.

I think he is one of the kindness young men I have ever met. I enjoy his warm spirit, his empathy for others and his fun personality. I think he truly cares about others and has a huge impact with his family, friends, workmates and the community.

Sincerely,


Allyson Inglis