Oliver Han

**FILED**

OCT 24 2024

October 15, 2024

JUDGE THOMAS M. DURKIN
U.S. DISTRICT COURT

Judge Thomas M. Durkin
219 South Dearborn Street
Room 1446
Chicago, Illinois 60604

Dear Judge Durkin,

My name is Oliver Han, and I am writing this personal narrative to provide you more context on two things—the reasons why I stayed at Outcome from 2014 - 2017, and the remorse I feel for my offense during my tenure there.

In the Spring of 2014, I moved from Dallas to Chicago. I had a good job in Dallas working at ISN. It was my first job, but it was a good job. The reason I left my job and Dallas was for the best reason possible—it was for Katie, for love. In 2013, Katie got into med-school in Lombard, a western suburb outside Chicago and had moved there that fall. The reason I moved was to be with Katie and commit to our relationship. It was the best decision I ever made.

Looking for a new job in a new city is not easy when you don't have connections and only have 1 job on your resume since graduating college (in 2012). I went through the standard process of looking and applying on LinkedIn for weeks and months. I also submitted my resume to a recruiting company—telling them that I was looking for something around client management since that was my first job. After some time, the recruiter showed me the job opening for Context Media (later Outcome) for a "growth analyst." My previous job was not in analytics or data analysis, but I was excited about what I read about Outcome, so I took the interview. Katie wasn't making income when I started in November, and I knew my job would support rent and expenses.

From Day 1, David Ma took me under his wing. At the time, he had been working at Outcome for a while, and he was a veteran at that point and was my mentor. Kathryn Choi had started about 1-2 weeks prior to me. Ashik Desai was the leader and David Ma was his right hand man. During my onboarding, David Ma taught me how to do everything for the job. I was not proficient with Microsoft Excel, but David showed me how to do everything I needed to be an analyst at Outcome, which was a lot of technical work in Excel. He was very patient and very helpful, and I really looked up to him as well as Ashik.

The analytical process of "list matching" using Excel has been well-documented at this point. It was taught to me by David and the way I was taught to "project" future inventory using the "list

1

match" was also taught to me by David and Ashik because they designed the process together. It was taught to me during the onboarding process when I started. It was rationalized to me many times by both David and Ashik that it was a sales strategy to get Outcome new business deals by appearing "bigger" than we currently were by counting our potential inventory that was in the process of getting installed or likely to get installed.

I was uncomfortable with it as soon as it was explained to me because it seemed unnecessarily convoluted. Meaning, instead of just showing the client how much real inventory we had on hand and available right now, we were instead trained to show the client a larger number of inventory based on the chance that some inventory would be available in the future. I would later learn that a lot of the inventory we used in the projections never got installed so the numbers we showed clients and prospects were inaccurate and not real. That didn't seem right to me, and when I asked Ashik and David about my concerns, it was explained again and again that this was how "growth" worked at Outcome and that this was an "aggressive growth strategy" that would help Outcome Health continue to scale up as a business. List matching was a "process" that David and Ashik made, and everyone used it on the growth team to project inventory. David and Ashik were the ones who approved all of my list match numbers (as well as for the other analysts on the team) before they went out to the client or to Outcome sales people to use.

In hindsight, I wish in those early days of my new job, that I had truly realized I was being manipulated and had the foresight to know this type of rationalization by Ashik was a sign of things to come over and over again. Instead, by choosing to stay and choosing to trust Ashik and David, I became completely entangled in the process until it became second nature, a process that became an ingrained habit over the next 3 years. I knew what we were doing was wrong, and that is 100% on me. I think I was too naive (stupid) at the time to fully understand the bigger picture, but I knew what I was doing was not right. The word "fraud" was not in my head at the time, but it should have been.

When auditors later came to evaluate Outcome's inventory, I was entangled in the methodology Ashik's growth team used to project to the rest of the company and to clients historically. Therefore, I worked with Ashik to project client inventory and perpetuate the bad projections to the auditors. This was wrong. This would have been the time to quit and explain I simply could not go any further into the lies. Again, I failed myself and my conscience and kept going. I am ashamed of my inaction and cowardice.

Instead, I continued to trust Ashik and David's leadership and also the greater vision conveyed by Shradha and Rishi. I was completely loyal to them and the company, instead of listening to my inner voice and doing what I knew was right–to say "no more" and leave the company. In other words I stayed at Outcome for all the wrong reasons. I stayed because it was easier to stay than to leave and go through the journey again of finding a new job. I was financially supporting Katie and myself, but in hindsight, we would have and could have persevered through a period of unemployment in between jobs. It would have been 1,000% worth the pain and the right thing to do. Because the "process" became comfortable and "normal" at Outcome.

2

Because it was a job I worked hard to learn and eventually got good at doing. Because I was 24 and this was my second job out of college, and I didn't have the wisdom I have now. Because I thought Outcome was a "good" company that was clearly on the rise in Chicago and getting lots of buzz. I was drinking the "koolaid" and completely loyal to Ashik and David because I admired them as my mentors and they took me under their wing; they also genuinely seemed to care about me. At the end of the day, none of these factors, not even combined, can excuse my terrible decision to stay, but these were my circumstances at Outcome. No one forced me to stay. I could have left at any time, and of course, this is the enormous regret that haunts me to this day.

I wish I had the wisdom and the courage then to quit and prioritize finding a new job where things were done right. I want to re-emphasize this regret: that I didn't do this—that I didn't prioritize the importance of morality. I became completely entangled in Ashik's fraudulent process within the first year. I also felt tied to it like my name was stamped on it even though Ashik and David "reviewed and greenlighted" all the projections I prepared for clients. In my mind, one of the reasons I stayed instead of quitting was because I felt my name was all over everything such that it was my responsibility and that if I left, my name and fingerprints would still remain behind and drag me down even after Outcome. This very notion should have been a big alarm bell—but again, I was too shortsighted and naive (stupid) to recognize this as a wakeup call and get out. Now, I see clearly that making the decision to quit because what we were doing was wrong would have been the statement and action that is important—that would have trumped my notion of my "name" being stamped on it while I was there. I see that so clearly now.

I wish with every fiber of my being that I quit and spoke out like some others did on the way out as I learned later during this legal process. When David Ma left and Joyce Chen left, they didn't tell me they were quitting because they were knowingly committing fraud and they needed to get out. They explained it was for other reasons—specifically David going to grad school and Joyce starting her own company, respectively. That is not an excuse for me staying—just pointing out that they did not tell me the real reason they quit—I wish they had because I believe it would have been a wakeup call that opened my eyes. Since I trusted them, I firmly believe I would have had that moment of deep reflection I needed and made the right decision to leave as well.

I can go on at length about my feelings of remorse for my offense, but it's also hard to properly convey everything I want to say. I am so sorry for my actions and inactions while at Outcome. My sense of guilt has weighed me down for over 7 years, and a sense of sadness has rooted itself into the background of my mind, constantly on at a dull hum. I have thought about the legal case every single day (and every night) since the WSJ article came out in October 2017. I hold myself accountable for my mistakes, and I have had over 7 years to think about the consequences that my actions (and inactions) caused for myself but more so for those around me who I harmed—Outcome's business including so many coworkers whose names have been tainted by association, Outcome's clients and investors who I wronged, my parents and in-laws

3

who suffered so much stress, my wife Katie and our two children who will forever be impacted by the shadow of having a felon as a husband and father.

Over the years, I developed a guard to keep my sadness contained—mainly for Katie, but sometimes my feelings of remorse overwhelms and spills over to color even the happiest of moments in our life—as if my brain created a defense mechanism to prepare myself for the worst possible outcome on sentencing day that has taken over 7 years to come. And here we are today.

When the WSJ article came out in October 2017, Katie and I were in the middle of choosing our wedding venue. I remember feeling detached when we were visiting venue after venue—I cared so much about wedding planning and tried to be present and happy, but I found it difficult to be in the moment and smile when the future suddenly seemed so unclear and negative. What should have been a joyful period of planning and dreaming about our future together was tainted by my terrible mistakes at Outcome and its wave of legal challenges put forth for us to navigate. Katie didn't deserve this. I was ashamed—I was embarrassed, I felt so guilty and afraid for my future with Katie.

My darkest fear is serving time and not being there for Katie and our children. Not being there when all I want is to be there to love and provide for my family as is my fundamental duty, breaks my heart. I am a failure as a husband and father for putting us into this position where serving time is a very real possibility. Many times, I have pictured Katie coming home alone from work as a single parent exhausted and having to take care of a screaming infant and toddler without her husband and their dad. Making dinner, changing diapers, doing dishes, starting laundry, giving baths, waking for nighttime feeds, and taking care of everything but having no time to take care of herself.

While my mind often races ahead towards these post-sentencing fears, my conviction has already created a series of setbacks for us as a couple. Early on, my name was flagged in our joint bank account in Chicago where Katie and I had been members for years. We received a letter in the mail stating that, due to my legal status, our checking, savings, and credit accounts would be terminated in two weeks and that we had to remove our funds and settle our accounts. This experience with our bank shook us, and ever since, we've been apprehensive about putting my name on any joint financial application in fear that my name would condemn our venture. In the years following our wedding, we navigated buying a house and our vehicles by placing Katie as the sole owner. As recently as last year, another credit card I used for years terminated my account, this time immediately over email with no two weeks notice citing they "...discovered adverse past or present legal action involving an individual or entity associated with the account."

Despite the sadness I carry and the legal challenges my conviction has created so far, Katie and I are closer than ever—being a team and supporting each other. Over the last 7 years, through all of the legal motions, Katie and I got married, bought a house, and are raising two beautiful children with supportive family all around us in Indianapolis. I try to look at the positive things in

4

life, and am so grateful for everything we have gained, even through all the troubles I brought upon us.

A big, positive part of my journey these past 7 years was getting a new job in 2018 at a digital marketing agency called Mabbly in Chicago. I still work at Mabbly today, but remotely in Indianapolis. I love my job, but more importantly, I love and believe in the people and leadership. It has been my second chance to work hard doing the right things well instead of working hard doing the wrong things. I have thought, painfully, about what my family's future could have been if I found Mabbly instead of Outcome a lifetime ago in 2014 when I moved to Chicago. Yes, I've fantasized about that alternate reality and played the dangerous, "what if" game with a time machine. None of that matters. I can't change what I did. What matters is that I learn from my mistake and never do anything to compromise my morals and integrity ever again. I have lived with the guilt and consequences of my mistakes for the past 7 years and beyond. Now, I am doing everything I can to mentor my team at Mabbly to grow professionally and personally and be the mentor I wish I had at Outcome—someone who really has their best interest at heart.

As a family, we are looking forward to finding closure at the sentencing this month. I will take full responsibility. I have been waiting 7 years for this day to take full ownership of my offense and get clarity on the sentence I owe.

Judge Durkin, thank you for taking the time to read my personal narrative which I wrote from my heart. I hope it provides a little more context on why I stayed at Outcome and the remorse I feel.

Sincerely,

Oliver Han

5